# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Janaka Ranaweera,

                              Petitioner,

    v.

Merrick Garland, et al.,

                              Respondents.

Case No. 2:21-cv-02032-JAD-VCF

**Order Dismissing Petitioner Janaka Ranaweera's Petition for Writ of Habeas Corpus**

[ECF No. 5]

Petitioner Janaka Ranaweera filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 challenging his continued detention by U.S. Immigration and Customs Enforcement (ICE) pending enforcement of his final removal order.[1]  After conducting an initial review of his petition, I ordered Ranaweera to show cause in writing why this petition should not be dismissed without prejudice for failure to exhaust administrative remedies.[2]  Although Ranaweera filed a response to order to show cause,[3] on April 26, 2022, he filed a notice of dismissal of his petition based on Ranaweera's removal to the Republic of Indonesia rendering the petition moot.[4]

**IT IS THEREFORE ORDERED** that Petitioner Janaka Ranaweera's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (ECF No. 1) is **dismissed without prejudice.**  And to the extent a certificate of appealability is required in this procedural context, **a certificate of appealability is DENIED** because jurists of reason would not find my decision to dismiss his petition to be debatable or wrong.

The Clerk of the Court is directed to **enter final judgment accordingly and close this case**.

_____
U.S. District Judge Jennifer A. Dorsey
May 2, 2022

---

[1] ECF No. 1.

[2] ECF No. 3

[3] ECF No. 4.

[4] ECF No. 5.